UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-CR-80015-MIDDLEBROOKS/MATTHEWMAN

UNITED STATES OF AMERICA

v.

CORY LLOYD and
STEVEN STRONG,

        Defendants.
_____/

## GOVERNMENT'S EXHIBIT LIST

| Exhibit Number | Description of Exhibit |
|---|---|
| **Count Exhibits** | |
| 2A | Count 2: E.H. Enrollment Summary (DOJ_FIA_0000340000) |
| 2B | E.H Recording (Drive) |
| 2C | Count 2 Spartan Approach Excerpt |
| 3A | Count 3 P.B. Enrollment Summary (DOJ_FIA_0000340001) |
| 3B | P.B. Recording (Drive) |
| 3C | Count 3 Spartan Approach Excerpt |
| 4A | Count 4 M.B. Enrollment Summary (DOJ_FIA_0000340002) |
| 4B | M.B. Recording (Drive) |
| 4C | Count 4 Spartan Approach Excerpt |
| 6 | Count 6 Summary |
| 7 | Count 7 Summary |
| 8 | Count 8 Summary |
| 9 | Count 9 Summary |

| | Summary Exhibits |
|---|---|
| 20 | Summaries of Select Medicaid Consumers (DOJ_FIA_0000320020 - DOJ_FIA_0000320024) |
| 21 | Fiorella Policies Referred by Florida Care (Total Loss) (DOJ_FIA_0000302333) |
| 22 | Florida Care Policies with Cory Lloyd as NPN (Total Loss) (DOJ_FIA_0000302334) |
| 23 | Florida Care OEP vs SEP Summary (DOJ_FIA_0000302335-36) |
| 24 | Florida Care Policies with Data Matching Inconsistencies (DOJ_FIA_0000302337-38) |
| 25 | Florida Care Consumers without Medical Insurance Claims (DOJ_FIA_0000302339) |
| 26 | Most Frequently Reported Incomes (DOJ_FIA_0000315004 - DOJ_FIA_0000315009) |
| 28 | Most Frequently Reported Addresses (DOJ_FIA_0000302346-47) |
| 30 | Commissions Paid to Fiorella on Florida Care Consumers |
| 33 | Net APTCs on Count Consumers (DOJ_FIA_0000302352) |
| 34 | Medical Claims for E.H. (DOJ_FIA_0000302353-54) |
| 35 | Medical Claims for P.B. (DOJ_FIA_0000302356) |
| 36 | Medical Claims for M.B. (DOJ_FIA_0000302355) |
| 38 | Marketer Summary |
| 39 | Enrollments of Select Consumers |
| 40 | Net Florida Blue Deposits to Fiorella |
| 41 | Net Payments to Cory Lloyd |
| 42 | Net Payments to Steven Strong |
| 43 | Lloyd Key Largo Purchase |
| 44 | Strong New Hampshire Purchase |
| 45 | Fiorella Payments to Spartan Approach |
| 46 | Net Payments to Strong Brothers |
| 48 | Net Payments to Larissa Strong |
| 49 | List of Bank Accounts |
| 50 | Net Payments from Fiorella Insurance to John Fiorella Accounts |
| | CMS Records |
| 60 | E.H. Eligibility Notice (9/23/20) (DOJ_FIA_0000302237-DOJ_FIA_0000302251) |
| 62 | P.B. Eligibility Notice (4/8/21) (DOJ_FIA_0000302288-DOJ_FIA_0000302296) |

| | |
|---|---|
| 64 | M.B. Eligibility Notice (5/26/21) (DOJ_FIA_0000302264-DOJ_FIA_0000302275) |
| 65 | HealthCare.gov application screenshots |
| 67 | Agent Broker General Agreement (DOJ_FIA_0000210884-DOJ_FIA_0000210889) |
| 68 | Screenshot of AB Suspension and Termination List - Data.Healthcare.gov (DOJ_FIA_0000294475 - DOJ_FIA_0000294476) |
| 69 | AB Suspension and Termination List from Data.Healthcare.gov (excel) (Drive) |
| **Data Extracts** | |
| 80 | Exchange Enrollment and Policy Data (DOJ_FIA_0000211354-375; DOJ_FIA_0000225237-39; DOJ_FIA_0000281008 - DOJ_FIA_0000281022) (Drive) |
| 82 | FC Sparta Lead Analysis Spreadsheets (APSF0064561-62; APSF0065677-78; APSF0087783-84; APSF0095406-07; APSF0109164-65; APSF0109216-17; APSF0109264-65; APSF0109272-73; APSF0109282-83; APSF0109302-03; APSF0118195-96; APSF0118364-65; APSF0156418-19) (Drive) |
| 83 | Spartan Approach Data Extract - Florida Care Lead source (excel) (Drive) |
| 86 | Florida Blue Claims Spreadsheet (FB-DOJ-FIA-00005301) (Drive) |
| 87 | Florida Blue No Claims Spreadsheet (FB-DOJ-FIA-00005302) (Drive) |
| 88 | Florida Blue Commission Data (FB-DOJ-FIA-00054063-68) (Drive) |
| 89 | Florida Spartan Approach Enrollment Export (All Fields) (APSF0086946) (Drive) |
| **Medicaid Records** | |
| 103 | E.H. Eligibility & TPL Screenshot (DOJ_FIA_0000285057-DOJ_FIA_0000285058) (DOJ_FIA_0000294248 - DOJ_FIA_0000294249) |
| **Financial Records** | |
| 137 | June 20, 2021 Steven Strong Tesla Invoice (DOJ_FIA_0000274091) |
| 138 | May 11, 2020 Wire Transfer of $140,000 from Lloyds of Lauderdale Account to Account Ending in x7426 (DOJ_FIA_0000184614 - DOJ_FIA_0000184617) |
| 138A | Lloyds of Lauderdale x0825 Signature Card (DOJ_FIA_0000184423) |
| 139 | August 17, 2020 Wire Transfer of approximately $97,197 from the Lloyds of Lauderdale Account to Radford Construction (DOJ_FIA_000184425 - DOJ_FIA_000184429) |
| 140 | June 22, 2021 Electronic Check Transfer of $89,190 from Florida Care Account to Tesla Dealership (DOJ_FIA_000019155 – DOJ_FIA_000019159) |
| 140A | Wells Fargo x1869 Account Application |
| 141 | July 15, 2021 Wire Transfer of $500,000 from the Florida Care Account to Account ending in x9069 in the name of Strong Family Real Estate and Housing LLC |
| 142 | August 13, 2020 Radford Construction Invoice (DOJ_FIA_0000270215) |
| 143 | All Financial Records Referenced in Summary Charts (Drive) |
| 144 | Wells Fargo Certification (DOJ_FIA_0000189952- DOJ_FIA_0000189953) |
| 145 | Pages from Warranty Deed for Cory Lloyd |
| **Regulatory and Agency Notices** | |
| 160 | May 8, 2019 CMS Termination Letter re Steven Strong (DOJ_FIA_0000211328-46) |

| 164 | November 1, 2018 email from CMS Agent Broker Compliance to Steven Strong re: Notice of Immediate Suspension of 2018 and 2019 FFE Agreements, attachment - LB FFE Immediate Suspension Signed,  LB FFE Immediate Suspension (StrongOpp01-0000001392-1407) |
|---|---|
| 165 | November 1, 2018 email from Larissa Barrick to Steven Strong re: Notice of Immediate Suspension of 2018 and 2019 FFE Agreements, attachment - LB FFE Immediate Suspension Signed,  LB FFE Immediate Suspension (StrongOpp01-0000000803-14) |
| 166 | November 16, 2018 email from Steven Strong to agentcompliance@cms.hhs.gov re: Subject of Temporary Suspension, with attachment - Broker Problems (StrongOpp01-0000000766-68) |
| 167 | December 14, 2018 email from CMS Agent Broker Compliance to Steven Strong, attachments - SS FFE Termination_signed,  SS FFE Termination.docx (StrongOpp01-0000001172-88) |
| 173 | February 13, 2020 letter from CMS to Steven Nootbaar re: Reconsideration of Immediate Suspension of 2019 and 2020 FFE Registration and Denial of Right to Enter into Exchange Agent/Broker Agreements (APSF_GJ_00009224-25) |
| 176 | October 13, 2020 email from Poppy LaForce to Cory Lloy re: ATTENTION - NPN 19188010- Urgent Letter, attachment LaForceP_T2-148824-TAL_20201013 (Letter from CMS October 13, 2020) (APSF_GJ_00544640 - APSF_GJ_00544641) |
| 179 | November 4, 2020 email from Neiman Jolly to Cory Lloyd re: CSO79072 - Reinstatement of Mr. Cory Lloyd (APSF00177842) |
| 180 | February 9, 2021 email from Cecilia Torres to Dafud Iza re: Attention - NPN 18554324 - Urgent Letter, with attachment - TorresC_T2-133930-TAL_20210209   (APSF_GJ_00370735 – APSF_GJ_00037039) |
| 181 | April 13, 2021 email from Dafud Iza to Cory Lloyd re: LeivaD_T2-134462-TAL_20210413, with attachment - LeivaD_T2-134462-TAL_20210413 (Letter from CMS April 13, 2021) (APSF_GJ_00377496-99) |
| 184 | September 4, 2020 letter from CMS to Cory Lloyd re: Notice of Immediate Suspension of PY 202 FFE Registration and Denial of Right to Enter into Exchange Agent/Broker Agreements (DOJ_FIA_0000209326 – DOJ_FIA_0000209333) |
| 185 | Letter from Cory Lloyd to Mr. Pate re: Case Number CS0693588 (DOJ_FIA_0000209334 – DOJ_FIA_0000209341) |
| 188 | May 8, 2019 letter from CMS to Larissa Barrick re: Reconsideration Decision Upholding Termination of 2018 and 2019 Registration and Exchange Agreements and Denial of Right to Enter Into Exchange Agreements (DOJ_FIA_0000293669 – DOJ_FIA_0000293683) |
| **Fiorella Guides and Training Documents** ||
| 194 | Subsidy Fix Step by Step Process (APSF_GJ_00593828-30) |
| 195 | Fiorella Agent Training Material (APSF_GJ_00015529 - APSF_GJ_00015552) |
| 198 | Fiorella FL Blue Selling Process, Common Rebuttals (APSF0115192-200) |
| 200 | Medicaid Step by Step Guide and Other Binder of Fiorella Training Documents Provided to Taylor Shipp by Fiorella (Physical Binder) |
| **Call Scripts** ||
| 212 | August 5, 2021 Florida Care Inbound Script (APSF0003504-APSF0003507) |
| 214 | August 29, 2019 email from Daniela Leiva re: FL Care - New Script, with attachment "FL Care Insurance Script" (APSF_GJ_00539556-57) |
| 216 | December 6, 2019 email from Cory Lloyd to Sean Dray re: Revisions to OEP Script (APSF_GJ_00272350-54) |
| 217 | December 6, 2019 email from Sean Dray to Cory Lloyd re: Revisions to OEP Script, with attachment - OEP 2020 FL Care Script Rev 112719 (APSF_GJ_00008997-98) |

| | |
|---|---|
| 219 | December 20, 2019 email from Daniela Leiva to Steven Strong re: New 2020 FL Care Agent Script, with attachment New 2020 FL Care Script Rev 12202019-SS doc  (Strong-0000001311 - 18) |
| 220 | January 10, 2020 email from Dafud Iza to Cory Lloyd re: 2020 Florida Care Insurance Script Rev. II 12202019, with attachment, 2020 Florida Care Insurance Script Rev. II 12202019 (APSF_GJ_00301001-03) |
| 221 | January 21, 2020 email from Kimberly Ruiz to Yvette Hernandez re: Marketing Guidelines Revised, attachment New 2020 FL Care Script Rev 12202019-SS Doc; Marketing Guidelines rev 1.21.20 (APSF_GJ_00486218 - 22) |
| **Contracts** | |
| 238A | 2021 Contract between Fiorella and Florida Blue (APSF_GJ_00372756 – APSF_GJ_00372815) |
| 238B | 2017 Contract between Fiorella and Florida Blue (APSF_GJ_00485388 – APSF_GJ_00485443) |
| 238C | October 28, 2021 letter from Chuck Sartiano to Florida Blue (APSF_GJ_00178069 – APSF_GJ_00178084) |
| 238D | SEP Bonus Opportunity (APSF0096921 – APSF0096922) |
| 240 | September 1, 2019 Marketing and Advertising Agreement - Fiorella and Strong Opportunities (AP_GJ_00066380 - AP_GJ_00066384) |
| 241 | May 2, 2022 Marketing and Advertising Agreement - Fiorella and Strong Opportunities (AP_GJ_00066371 - AP_GJ_00066375) |
| 242 | Asset Purchase Agreement (APSF0000001 - APSF0000047) |
| 243 | October 12, 2019 Marketer Agreement - Mark Cutter (native) |
| **Emails** | |
| 264 | July 30, 2019 email from Daniela Leiva to Steven Strong, Cory Lloyd and Dafud Iza re: New Sales for 8/1/9 Effective - 07232019, attachment - SS -8-1-19 Sale Detail excel (APSF0041751-56) |
| 264A | Attachment - SS -8-1-19 Sale Detail excel (APSF0041757) (Drive) |
| 265 | August 11, 2019 email from Cory Lloyd to Daniela Leiva re: FC SS Teams (StrongOpp01-0000016089-91) |
| 269 | October 7, 2019 email from Steven Nootbaar to Cory Lloyd re: SS Data for Discussion, attachment - SS Advance Payout Summary excel, SS Duplicates excel (APSF0063625) (Drive) |
| 269A | Attachment - SS Advance Payout Summary excel (APSF0063626) (Dive) |
| 269B | Attachment - SS Duplicates excel (APSF0063627) (Drive) |
| 272 | October 18, 2019 email from Steven Nootbaar to Cory Lloyd re: Same Address (APSF_GJ_00008894-96) |
| 273 | October 31, 2019 email from Steven Strong to Daniela Leiva re: Handling of Non-qualified Leads and Agent Commination Guidelines (StrongOpp01-0000012235) |
| 275 | November 29, 2019 email from Dafud Iza to Cory Lloyd re: CPPC - Initial Notification of New Agent Complaint #3088877 (APSF_GJ_00433135-36) |
| 277 | December 3, 2019 email from Debbie DeArmas to Cory Lloyd re: CPPC - Initial Notification of New Agent Complaint #3088877 - Nancy Sanchez (APSF_GJ_00515761-65) |
| 282 | January 18, 2020 email from Yvette Hernandez to Daniela Leiva re: Marketing Guidelines 1st Draft for Your Review, with attachment - Marketing Guidelines (APSF_GJ_00009165-67) |

| | |
|---|---|
| 287 | March 11, 2020 email from Colleen Bell to Mary Pat Corrigan re: Another Florida Blue Case (SULZBACHER_0000000001) |
| 288 | March 12, 2020 email from Frank Merlino to Cory Lloyd re: Another Florida Blue Case (APSF_GJ_00434776-78) |
| 289 | March 12, 2020 email from Cory Lloyd to Chuck Sartiano re: E.H. (APSF_GJ_00570435) |
| 300 | December 3, 2020 email from Daniela Leiva to Steven Strong and Yvette Hernandez re: Calvin's Call from Yesterday, attachment - queue-FLCare_HealthU65_MKTR-fiorella-2020-12-02-19-08-14-5615721046-fiorella-Worker _ 13-1606954085.101200.1. wav  (StrongOpp01-0000000638) (Drive) |
| 300A | Attachment - attachment - queue-FLCare_HealthU65_MKTR-fiorella-2020-12-02-19-08-14-5615721046-fiorella-Worker _ 13-1606954085.101200.1. wav  (StrongOpp01-0000000639) (Drive) |
| 303 | January 5, 2021 email from Daniela Leiva to Yvette Hernandez re: FC Escalation - Vincent Kish, with attachment queue-FL Care_HealthU65_MKTR-fiorella-2020-11-30-16-23-12-954673450-fiorella-Worker_2-1606771384.728162.1.wav (audio) (APSF_GJ_00068450-52) (Drive) |
| 303A | Attachment - queue-FL Care_HealthU65_MKTR-fiorella-2020-11-30-16-23-12-954673450-fiorella-Worker_2-1606771384.728162.1.wav (audio) (Drive) (APSF_GJ_00068453) |
| 304 | January 16, 2021 email from Steven Nootbaar to Cory Lloyd re: Vincent Kish Situation, attachment Vincent Kish 2021 Marketplace Applications (APSF0060486) |
| 305 | January 27, 2021 email from Daniela Leiva to Steven Strong and Yvette Hernandez re: Daeshawn Arnold Incident, attachment - queue-FLCare_HealthU65_MKTR-fiorella-2021-01-27-11-01-29-2396459756-fiorella-Worker _ 11- 1611763280.1581212.1.wav (StrongOpp01-0000000675) |
| 305A | Attachment - queue-FLCare_HealthU65_MKTR-fiorella-2021-01-27-11-01-29-2396459756-fiorella-Worker _ 11- 1611763280.1581212.1.wav (StrongOpp01-0000000676) (Drive) |
| 306 | February 9, 2021 email from Cory Lloyd to Dafud Iza re: Urgent: Sales Situation Needing Investigation (APSF_GJ_00011566-68) |
| 307 | February 9, 2021 email from Scott Bryant to Cory Lloyd re: Urgent Sales Situation Needing Investigation (FB-DOJ-FIA-00014254 - FB-DOJ-FIA-00014256) |
| 310 | March 12, 2021 email from Cory Lloyd to Scott Bryant re CPPC (APSF_GJ_00012001) |
| 311 | March 16, 2021 email from Cory Lloyd to Scott Bryant re: CPPC - Initial Notification for New Urgent Agent Complaint #3147768 (APSF_GJ_00012024-27) |
| 312 | March 26, 2021 email from Dafud Iza to Cory Lloyd re: Medicaid Application Instruction Guide - 100319 DL, with attachment - Medicaid Application Instruction Guide - 100319 DL (APSF_GJ_00103319 - APSF_GJ_00103346) |
| 315 | May 25, 2021 email from Kimberly Ruiz to Steven Strong re: Call Needs to be Reviewed (StrongOpp01-0000000612) |
| 315A | Attachment - M██████ B████ Recording (StrongOpp01-0000000613) (Drive) |
| 321 | September 8, 2021 email from Dafud Iza to Daniela Leiva re: Florida Care Follow Up (APSF_GJ_00051493) |
| 326 | October 18, 2021 email from Scott Bryant re: Another Sign Up H42369843, attachment - Christopherjacobs08232021 (APSF_GJ_00015013-17) |
| 329 | October 28, 2021 email from Cory Lloyd to Kodey Jolly re: AP of South Florida (APSF_GJ_00015274-76) |
| 343 | June 6, 2022 email from Steven Strong to Cory Lloyd re: Larissa Strong W9 and Check, with attachment - Voided Personal Check, Larissa Strong W9 (Strong-0000005751 - Strong-0000005758) |

| | |
|---|---|
| 346 | July 13, 2022 email from Dafud Iza to Cory Lloyd re: Fiorella HICS T.L. - Review Needed - Follow Up 07132022, with attachments (APSF_GJ_00059730- APSF_GJ_00059736) |
| 346A | Attachment - Fiorella HICS Responses_T.L. - DI Rev. I 07132022 excel (APSF_GJ_00059732) (Drive) |
| 346B | Attachment – T.L.7276557959.mp3 (APSF_GJ_00059737) (Drive) |
| 352 | September 24, 2019 email from Daniela Leiva attaching Sales Report (APSF_GJ_00431900 - APSF_GJ_00431901) |
| 352A | Attachment – Sales Report (APSF_GJ_00431901) |
| 354 | September 17, 2020 email from Yvette Hernandez to Steven Strong re: Marketer List (StrongOpp01-0000041914) |
| 355 | December 9, 2021 email from Cory Lloyd to Steven Strong re: Inconsistency File, attachment – Fiorella Insurance excel (APSF_GJ_00190469) |
| 355A | Fiorella Insurance excel (APSF_GJ_00190470) (Drive) |
| **Texts** | |
| 362 | March 2020 - October 2020 Chat Excerpts from Customer Service Group (DOJ-SW-LEIVA-000001) |
| 363 | June 2020 - January 2021 Excerpts from Digital Team (DOJ-SW-LEIVA-004733) |
| 364 | September 2019 - March 2021 Excerpts from FL Care Team Chat (DOJ-SW-LEIVA-037530) |
| 366 | March 2020 - November 2020 Excerpts from Processors Group Chat (DOJ-SW-LEIVA-055432) |
| 367 | October 2018 - November 2018 Excerpts from Renewals Management Chat (DOJ-SW-IZA-000001) |
| 368 | March 12, 2020 Chat Excerpt between Iza, Jolly, Lloyd and Nootbaar, re: E.H. (FIA017528) |
| 370 | February 2022 Chat Excerpts between Lloyd, Strong, & Iza |
| 371 | July 2021 Chat Excerpts between Lloyd, Strong, & Iza |
| 379 | December 2019 - January 2022 Chat Excerpts between B. Bieles, F. Bieles, & Lloyd |
| 380 | January 2020 - February 2020 Chat Excerpts between Lloyd, Bieles, & Strong |
| 385 | Sep. 2018 - Sep. 2021 Chat Excerpts between Lloyd & Stanford |
| 386 | August 2018 - February 2022 Chat Excerpts between Lloyd & Strong |
| 389 | January 2019 - February 2021 - Chat Excerpts between Leiva & Hernandez |
| 397 | September 2019 - October 2019 Chat Excerpts between Leiva and Glenn Strong |
| 398 | October 2019 - Chat Excerpts between Leiva, Lloyd, Iza, Nootbaar, and Walsh |
| 401 | November 2019 - March 2021 Chat Excerpts between Leiva, Strong, and Hernandez |
| 402 | November 2019 Chat Excerpts between Leiva, Steven Strong, Hernandez, Lala, Kim SS Agent, & Luc-Anthony |
| 406 | April 2021 Chat Excerpts between Leiva, Lloyd, Strong, Iza, and Hernandez |
| 408 | July 2021 - October 2021 Chat Excerpts between Leiva, Strong, Hernandez, Ruiz, and Dedman |

| | |
|---|---|
| 409 | November 2021 - February 2022 Chat Excerpts between Leiva, Strong, Hernandez, and Dedman |
| 410 | May 2019 - January 2021- Chat Excerpts between Strong and Leiva |
| 410A | 7.27.2020 Video Sent by Daniela Leiva to Steven Strong re Daeshawn Arnold (Drive) |
| 411 | Dec. 2019 - Feb. 2020 Chat Excerpts between Leiva, Lala, Kim-FIO, Luc-Anthony, Steven Strong, & Hernandez |
| 413 | Glenn Strong Texts with Daeshawn Arnold and Family |
| 434 | January 12, 2022 Chat Excerpts between Iza, Leiva, and Lloyd (FIA015636 - FIA015637) |
| **Call Recordings** | |
| 446 | April 11, 2022 Recording of Y.V. (APSF_GJ_00046767) (Drive) |
| 447 | April 15, 2022 Recording of D.W. (APSF_GJ_00046780) (Drive) |
| 448 | August 9, 2021 Recording of A.H. (APSF_GJ_00046768) (Drive) |
| 450 | August 20, 2021 Recording of K.B. (APSF_GJ_00046789) (Drive) |
| 451 | August 28, 2021 Recording of L.W. (APSF_GJ_00046790) (Drive) |
| 453 | December 13, 2021 Recording of R.K. (APSF_GJ_00046796) (Drive) |
| 454 | January 3, 2022 Recording of E.L. (APSF_GJ_00046783) (Drive) |
| 455 | February 8, 2022 Recording of R.S. (APSF_GJ_00046804) (Drive) |
| 456 | February 22, 2022 Recording of V.D. (APSF_GJ_00046802) (Drive) |
| 457 | January 7, 2022 Recording of B.T. (APSF_GJ_00046778) (Drive) |
| 459 | January 11, 2022 Recording of R.S. (APSF_GJ_00046795) (Drive) |
| 460 | June 3, 2021 Recording of W.D. (APSF_GJ_00046775) (Drive) |
| 461 | June 18, 2021 Recording of D.B. (APSF_GJ_00046782) (Drive) |
| 462 | March 15, 2022 Recording of S.C. (APSF_GJ_00046798) (Drive) |
| 463 | March 21, 2022 Recording of A.A. (APSF_GJ_00046769) (Drive) |
| 464 | March 23, 2021 Recording of J.P. (APSF_GJ_00046785) (Drive) |
| 466 | March 29, 2022 Recording of T.B. (APSF_GJ_00046799) (Drive) |
| 467 | May 5, 2021 Recording of A.B. (APSF_GJ_00046777) (Drive) |
| 468 | May 11, 2022 Recording of E.S. (APSF_GJ_00046770) (Drive) |
| 469 | May 13, 2022 Recording of J.E. (APSF_GJ_00046772) (Drive) |
| 470 | September 25, 2023 Recording of M.A. (APSF_GJ_00046792) (Drive) |
| 471 | May 11, 2022 Recording of J.M. (APSF_GJ_00046784) (Drive) |

| | |
|---|---|
| 474 | November 29, 2021 Recording of B.M. (APSF_GJ_00046779) (Drive) |
| 475 | October 9, 2021 Recording of M.H. (APSF_GJ_00046791) (Drive) |
| 477 | October 28, 2021 Recording of J.F. (APSF_GJ_00046786) (Drive) |
| 478 | October 29, 2021 Recording of D.L. (APSF_GJ_00046781) (Drive) |
| 479 | October 30, 2021 Recording of R.P. (APSF_GJ_00046793) (Drive) |
| 480 | September 2, 2021 Recording of C.L. (APSF_GJ_00046803) (Drive) |
| 481 | March 25, 2022 Recording of A.A. (APSF_GJ_00046776) (Drive) |
| 502 | S.T. (2nd call 8.30) - queue-Florida_Care_Team1-fiorella-2019-10-22-14-08-02-5616023631-fiorella-worker-1-1571767681.6455255.1 (Drive) |
| 503 | M.A. - queue-FLCare_HealthU65_MKTR-fiorella-2020-10-26-14-25-13-7866319608-fiorella-WorkerSP_1-1603736704.2059109.1 (Drive) |
| 504 | J.C. - queue-FLCare_HealthU65_MKTR-fiorella-2020-05-24-19-20-38-5617880747-fiorella-worker-1-1590362417.4463433.1 (Drive) |
| 506 | Roberts, Natalie - queue-FLCare_HealthU65_MKTR-fiorella-2021-08-13-10-59-49-5619837384-fiorella-Worker_8-1628866780.16613.1 (Drive) |
| 507 | S.R. - queue-FLCare_HealthU65_MKTR-fiorella-2021-08-13-10-58-21-7723237079-fiorella-Worker_17-1628866693.16448.1 (Drive) |
| 508 | Joseph Miller Recording 1 (Drive) |
| 509 | Joseph Miller Recording 2 (Drive) |
| **Photo** | |
| 521 | Photo of Wine Cellar from Radford Construction (DOJ_FIA_0000281168) |
| **Regulations** | |
| 538 | eCFR __ 45 CFR 155.220 (August 19, 2019) -- Ability of States to permit agents and brokers and web-brokers to assist qualified individuals, qualified employers, or qualified employees enrolling in QHPs_ (DOJ_FIA_0000284996-5008) |
| 543 | 26 CFR 1.36B-2 (in effect on 12-01-2020) (DOJ_FIA_0000294283 - DOJ_FIA_0000294300) |
| **Miscellaneous** | |
| 556 | D.L. Proffer Letter (DOJ_FIA_0000282668-DOJ_FIA_0000282671) |
| 568 | M.C. Immunity Letter (DOJ_FIA_0000325030-31) |