UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 25-CR-80015

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORY LLOYD AND
STEVEN STRONG,

    Defendants.

_____/

**CORY LLOYD'S EXHIBIT LIST**

| Ex. No. | Description | Bates Range |
|---|---|---|
| 101 | Daniela Leiva email titled FL Care – New Script (August 29, 2019) | APSF0126889<br>APSF0126890 |
| 106 | Daniela Leiva email to Sean Dray with attachment (August 10, 2019) | APSF_GJ_00430611<br>APSF_GJ_00430612 |
| 111 | Daniela Leiva email titled 2020 OEP Script (October 31, 2019) | APSF_GJ_00432663<br>APSF_GJ_00432664 |
| 113 | Daniela Leiva to Marshall email and attachment (December 12, 2019) | APSF_GJ_00433525<br>APSF_GJ_00433527 |
| 114 | Daniela Leiva email (December 18, 2019) | APSF_GJ_00542401<br>APSF_GJ_00542403 |
| 134 | Daniel Leiva email (February 15, 2021) | APSF_GJ_00085624<br>APSF_GJ_00085625<br>APSF_GJ_00085629 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 139 | Kodey Jolly email to Debbie DeArmas  (March 4, 2021) | FIORELLA_CID00034782 |
| 148 | Email chain with Daniela Leiva, Dafud Iza, Kodey Jolley and Cory Lloyd (April 23, 2021) | APSF_GJ_00108258 |
| 152 | Kimberly Ruiz email (June 4, 2021) | StrongOpp01-0000036984 |
| 163 | Daniela Leiva email (September 8, 2021) | StrongOpp01-0000019967 |
| 168 | Daniela Leiva email to Tillman, Dedman, Newhouse, Wolfe, Finch, and Collins (September 20, 2021) | APSF_GJ_00549914 |
| 173 | Kodey Jolly emails to Iza, Walsh, and Leiva (November 1, 2021) | APSF_GJ_00015463<br>APSF_GJ_00015466<br>APSF_GJ_00015471<br>APSF_GJ_00015475<br>APSF_GJ_00015480<br>APSF_GJ_00015485<br>APSF_GJ_00015487<br>APSF_GJ_00015514<br>APSF_GJ_00015523<br>APSF_GJ_00015529<br>APSF_GJ_00015553<br>APSF_GJ_00015571<br>APSF_GJ_00015575<br>APSF_GJ_00015580<br>APSF_GJ_00015671<br>APSF_GJ_00015673<br>APSF_GJ_00015683<br>APSF_GJ_00015685 |
| 175 | Daniela Leiva email (January 11, 2022) | APSF_GJ_00581571<br>APSF_GJ_00581573 |
| 176 | Daniela Leiva emails to Dafud Iza, Cory Lloyd, and Kodey Jolly (Jan 18, 2022) | APSF_GJ_00213347<br>APSF_GJ_00213348<br>APSF_GJ_00581752<br>APSF_GJ_00213355 |
| 187 | BCBS and Dafud Iza email (September 1, 2022) | APSF_GJ_00246584_584 |
| 191 | Kodey Jolley and CMS email (November 4, 2020) | SMU_AP_GJ_PPM_0000000413 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 198 | Daniela Leiva email titled FWD: 2021 OEP Health Script (November 1, 2020) | APSF_GJ_00545386 |
| 199 | Lloyd email titled RE: 2022 Health Script / STM Script (January 12, 2022) | APSF0012158 APSF0012160 |
| 221 | CMS Letter to Steven Nootbaar and Fiorella (October 15, 2020) | DOJ_FIA_0000211393 |
| 222 | Fiorella Response to CMS Audit Letter (October 15, 2020) | APSF_GJ_00029470 |
| 243 | Healthcare.gov article FAQ | Lloyd_01_000073 |
| 246 | Health Coverage Options for Consumers Experiencing Homelessness | Lloyd_01_0000129- Lloyd_01_0000136 |
| 304 | Daniela Leiva and Dafud Iza Chat | DOJ-SW-Leiva-051631 to DOJ-SW-Leiva-052487 |
| 307 | Scott Bryant and Cory Lloyd text message chat (June 21, 2018) | Lloyd_02_000001 |
| 309 | Scott Bryant and Cory Lloyd text messages (May 23, 2022) | SMU_Lloyd_PPM_Phone_0000005367 |
| 516 | Marketplace article about reporting self-employment | Lloyd_01_0000164 |
| 518 | Annual Income Letter of Explanation | Lloyd_01_0000103 |
| 520 | Email chain between Kodey Jolly, Debbie DeArmas and Shveta Agarwal (January 11, 2021) | FIORELLA_CID00010254 |
| 523 | CMS Suspension Letter to Nootbaar (November 11, 2019) | APSF_GJ_00593110 |
| 537 | Healthcare.gov - Marketplace Coverage When You're Unemployed | Lloyd_01_0000172 |
| 539 | Kodey Jolley and Cory Lloyd text messages (March 4, 2021) | SMU_Lloyd_Phone_PPM_0000001929 |
| 600 | Table from Department of Children and Families regarding income limitations for Medicaid Eligibility | N/A |
| 604 | Dafud Iza Proffer Letter (May 30, 2024) | N/A |
| 606 | Dafud Iza draft plea agreement (June 14, 2024) | DOJ_FIA_0000286116 |
| 608 | Email from David Wetzler to Dafud Iza (December 29, 2022) | APSF_GJ_00272187 |
| 609 | Text message exchange between Cory Lloyd and Dafud Iza (January 31, 2019) | FIA004283 |
| 610 | Text message exchange between Cory Lloyd and Dafud Iza (September 30, 2019) | FIA003946 |
| 612 | Email from Dafud Iza to Ingrid Datena (October 1, 2019) | FIA_DFS_0000000014 |
| 613 | Email from Dafud Iza to Ingrid Datena (October 7, 2019) | FIA_DFS_000000005 |
| 615 | Dafud Iza's LinkedIn Profile | N/A |
| 616 | Text message chat involving Daniela Leiva and Steven Strong (May 7, 2019) | DOJ-SW-LEIVA-054533 |
| 617 | Text message exchange between Daniela Leiva and Steven Strong (July 27, 2021) | DOJ-SW-LEIVA-037105 |

| Ex. No. | Description | Bates Range |
|---|---|---|
| 618 | Text message exchange between Daniela Leiva and Steven Strong (January 18, 2022) | DOJ-SW-LEIVA-037105 (excerpt) |
| 619 | Text message exchange between Daniela Leiva and Addie (July 25, 2019) | N/A |
| 620 | Email from Daniela Leiva to Kimberly Ruiz (June 20, 2021) | N/A |
| 621 | Text message chat involving Daniela Leiva and Cory Lloyd (September 17, 2019) | FIA006541 |
| 622 | Text message exchange between Daniela Leiva and Steven Strong (April 8, 2021) | FIA002519 |
| 623 | Text message exchange between Daniela Leiva and Cory Lloyd (March 18, 2021) | FIA003456 |
| 624 | Text message chat between Dafud Iza, Daniela Leiva, Cory Lloyd and Steven Strong (April 8, 2021) | FIA002519 |
| 625 | Text message chat between Daniela Leiva and Steven Strong (May 7, 2019) | DOJ-SW-LEIVA-054533 |
| 625A | Text message between Daniela Leiva and Steven Strong (October 23, 2019) | FIA006567 |
| 626 | Text message chat between Yvette Hernandez, Steven Strong, Connie Dedman and Daniela Leiva (November 8, 2021) | N/A |
| 627 | Text message chat between Steven Strong, Yvette Hernandez, Connie Dedman, Kimberly Ruiz and Daniela Leiva (July 27, 2021) | N/A |
| 629 | FL Care Team Chat (participants) | DOJ-SW-LEIVA-037530 |
| 630 | Follow up email from Hernandez to Ruiz (May 25, 2021) | StrongOpp01-0000042420 |