UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-80015-MIDLLEBROOKS(s)

UNITED STATES OF AMERICA,

v.

CORY LLOYD AND
STEVEN STRONG,

    Defendants.
_____/

**DEFENDANT STEVEN STRONG'S EXHIBIT LIST – TO BE FILED UNDER SEAL**

| Exhibit Number | Description of Exhibit |
|---|---|
| 61 | FC Sparta Lead Analysis April 2020 (APSF0064571) |
| 137A | 2018.12.26  Florida Care Email attachment |