**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  |
|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CORY LLOYD,<br><br>      Defendant. |

Case No. 25-CR-80015

**CORY LLOYD'S NOTICE OF FILING EXHIBITS**
**TO BE REFERENCED DURING SENTENCING HEARING**

Defendant, Cory Lloyd, in advance of the February 18, 2026 sentencing hearing, gives notice of filing the following exhibits into the record.

- **Exhibit 1** – Centers for Medicare & Medicaid Services ("CMS"), *Annual Income Threshold Adjustment FAQ*, October 22, 2021 (also available at: https://www.cms.gov/marketplace/resources/regulations-guidance)

- **Exhibit 2** – CMS, *Post-enrollment Assistance*, (also available at https://www.cms.gov/files/document/resolving-data-matching-issues.pdf)

- **Exhibit 3** – CMS, *How to Resolve Income Data Matching Issues (DMIs)*, February 2026 (also available at https://www.cms.gov/files/document/how-resolve-data-matching-issues-dmis.pdf)

- **Exhibit 4** – Declaration of Michael W. Russo

Date: February 18, 2026

Respectfully submitted,

**STUMPHAUZER KOLAYA
NADLER & SLOMAN, PLLC**
Two South Biscayne Boulevard, Suite 1600
Miami, FL 33131
Tel.: (305) 614-1400
By: */s/ Matthew DellaBetta*
   MATTHEW DELLABETTA
   Florida Bar No. 1031216
   mdellabetta@sknlaw.com
   RYAN K. STUMPHAUZER
   Florida Bar No. 0012176
   rstumphauzer@sknlaw.com

*Counsel for Cory Lloyd*

## CERTIFICATE OF SERVICE

I certify that on February 18, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

/s/ *Matthew DellaBetta*
MATTHEW DELLABETTA

2